STATE OF 
COUNTY OF

## <u>AFFIDAVIT</u>

Personally, came and appeared before me, the undersigned authority in and for the jurisdiction aforesaid, the within named, DeCarlo Hood, who after being by me first duly sworn, on oath deposed and said the following:

1.  I have personal knowledge of the facts set forth herein.

2.  I am an adult resident citizen of Forrest County, Mississippi, and I am otherwise competent to testify about the matters contained herein.

3.  In late June or early July, I began receiving calls from prospective clients regarding the issuance of speeding citations under the new pilot program instituted by the City of Hattiesburg enforcing traffic rules in two particular school zones.

4.  The City began using police officers holding cameras shooting video of vehicles speeding through the school zones. Under the policy, the officers were to review the video, or stills taken from the video, and issue a citation to the owner of the vehicle for the speeding violation.

5.  In some instances, this citation was issued to two people where the vehicle was registered to joint owners. One of those citations, issued to Evelyn Bates and Stewart Bates, was even more flawed in that Evelyn Bates passed, upon information and belief, in 2015, and Stewart Bate's real name is Anthony Stewart.

6.  Once these individuals began calling me, they stated that they were not the drivers of the vehicles on the day of the speeding violation. I explained to my prospective clients at the time that it was not their duty to inform anyone who was actually driving the vehicle, that is a requirement placed upon the prosecution of a violator.

7.  The citations identified a court date for the purported violators to appear before the court. However, when there, the purported violators, now my clients, were met by the private

<span style="color:red">Exhibit "A"</span>

company, IntelliSafe. There were no City of Hattiesburg officials present at this initial meeting. My clients were told that IntelliSafe, a private entity, would accept the "Not Guilty" plea, enter it into the system, transfer it to the Court Clerk, who would then set a trial date for my clients to contest the citation.

8.    On October 2, 2024, I, along with clients regarding 35 citations, were present in the City of Hattiesburg Municipal Court contest the validity of the citations. During the hearing, the City prosecutor reviewed the evidence then existing in his possession, and also consulted with an Officer who was also present.

9.    After reviewing the evidence and speaking with the Officer, the City prosecutor agreed to dismiss the cases against approximately 34 of the 35 citations of the same nature, *because the City was incapable of positively identifying the driver(s) of the vehicle(s) at the time of the speeding violation(s)*.

Further Affiant sayeth not.

This the 3rd day of October, 2024

_DeCarlo Hood_

STATE OF Mississippi

COUNTY OF Forrest

On this day, DeCarlo Hood, came before me, stating on oath and under penalties of perjury that the facts in the foregoing Affidavit are true and correct. Sworn and subscribed before me, a Notary Public, on this the 3 day of Oct, 2024.

_Kimberly M Hancock_
NOTARY PUBLIC

My Commission Expires: June 12, 2025

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 77951
KIMBERLY M. HANCOCK
Commission Expires
June 12, 2025
FORREST COUNTY