STATE OF Florida
COUNTY OF Santa Rosa

### AFFIDAVIT

Personally, came and appeared before me, the undersigned authority in and for the jurisdiction aforesaid, the within named, Barry Cowart, who after being by me first duly sworn, on oath deposed and said the following:

1. I have personal knowledge of the facts set forth herein.

2. I am an adult resident citizen of Santa Rosa County, Florida, and I am otherwise competent to testify about the matters contained herein.

3. On, or about, May 20, 2024, a speeding citation bearing number 25638 was issued to myself and my daughter, Aiana Cowart, by an Officer with the Hattiesburg Police Department (badge number P-36) which was approved by another person named Jarvis, regarding a speeding violation by a black Nissan Sentra, license plate number 89BACI. This vehicle is registered in both of our names. To be clear, the lone speeding citation contained both of our names for exactly the same violation. (A copy of the citation is attached hereto as Exhibit "1.")

4. This citation was sent to me via U.S. Mail, which I received on, or about, June 11, 2024.

5. The citation notified my daughter and I that we were to appear before the court on July 8, 2024. We believed that when we appeared we were going to be before an actual judge.

6. However, upon appearing for what we believed was going to be a hearing before the court, we were met with a representative of a private entity to resolve this citation. This representative referred to our meeting with the private entity as our arraignment for the violation identified in the citation.

Exhibit "B"

7. My daughter and I informed the representative that we wished to contest the citation and later received a notification of our true court date before the Hattiesburg Municipal Court, October 2, 2024.

8. On October 2, 2024, my daughter and I were present in the City of Hattiesburg Municipal Court where we were contesting the validity of the citation. During the hearing, the City Prosecutor reviewed the evidence then existing in his possession, and consulted with an Officer who was also present.

9. After reviewing the evidence and speaking with the Officer, the City Prosecutor agreed to dismiss the case against my daughter and I, along with approximately 33 other cases of the same nature, *because the City was incapable of positively identifying the driver(s) of the vehicle(s) at the time of the speeding violation(s)*.

Further Affiant sayeth not.

This the 2nd day of APRIL, 2025

_____
Barry Cowart

STATE OF Florida
COUNTY OF Santa Rosa

On this day, Barry Cowart, came before me, stating on oath and under penalties of perjury that the facts in the foregoing Affidavit are true and correct. Sworn and subscribed before me, a Notary Public, on this the 2 day of April, 2025.



KAYLA GILLESPIE
MY COMMISSION # HH 519633
EXPIRES: January 11, 2026

_____
NOTARY PUBLIC

My Commission Expires: Jan- 11th, 2026

VISIT the website or SCAN the QR CODE with your mobile device to access citation information.

### STATE OF MISSISSIPPI - UNIFORM TRAFFIC TICKET
IN THE COURT DESIGNATED BELOW, THE AFFIANT HEREIN, BEING DULY SWORN, UPON OATH DOES DEPOSE AND SAY AT THE FOLLOWING LOCATION, TIME AND DATE

| COUNTY OF: FORREST | AGENCY CODE 1801 | (NINE DIGIT TICKET NUMBER) 000025638 |
|---|---|---|
| JUDICIAL DISTRICT ☒ 1 ☐ 2 | | |

LOCATION OF VIOLATION: S 22ND AVE 2108 HARDY ST Woodley    AT/NEAR:    HWY:

| DAY MON | DATE 05/20/2024 | TIME 15:05 AM/PM | ACCIDENT ☐YES ☒NO | DISTRICT | PRECINCT 12 |

DEFENDANT: (FIRST NAME) BARRY LEE COWART    (MIDDLE NAME) AIANA DELILA COWART    (LAST NAME)

LICENSE ADDRESS: 5361 SARATOGA AVE
CITY: MILTON    STATE: FL    ZIP CODE: 32570

DRIVER'S LICENSE NUMBER:    CLASS:    STATE:    SEX:    RACE:    DATE OF BIRTH:

| VEHICLE LICENSE NUMBER | STATE | YEAR | MAKE | MODEL | TYPE |
|---|---|---|---|---|---|
| 89BACI | FL | | NISSAN | NISSAN_SENTRA | |

Defendant's current address: _____
Defendant's current telephone number: _____

THAT THE ABOVE NAMED DEFENDANT, WHILE OPERATING THE AFOREMENTIONED MOTOR VEHICLE, DID WILLFULLY AND UNLAWFULLY COMMIT THE OFFENSE OF:

(Check Only One Offense Each Ticket)

| Speed | Zone |
|---|---|
| 30 | 15 |

☒ S92 Speeding
☐ M14 Disregard For Traffic Device
☐ N70 Driving Wrong Side Road
☐ B26 Driving While License Suspended
☐ M34 Following Too Closely
☐ M70 Improper Passing
☐ N01 Failure To Yield Right Of Way

☐ F02 Child Restraint Violation
☐ F04 Seatbelt Violation
☐ B51 No Drivers License (Expired)
☐ B55 No Motor Vehicle Inspection (Expired)
☐ B53 Expired Tag
☐ B26 Driving While License Suspended (Under Implied Consent Law)
☐ M84 Reckless Driving
☐ M81 Careless Driving
☐ N50 Improper Turn
☐ D36 No Proof Of Liability Insurance

☐ Other Violation - (Code Section)

Explanation: _____
☐ Check Only If Driver License Is Deposited In Lieu Of Bond Or Other Security
☐ Violation Pursuant To Commercial Driver's License Law
☐ Required Placard Under Hazardous Materials Transportation Act

AGAINST THE PEACE AND DIGNITY OF THE STATE OF MISSISSIPPI.

AFFIANT OFFICER'S SIGNATURE: Officer Signature on File    UNIT BADGE # P-36
SWORN TO BEFORE ME THIS THE ___ DAY OF ___ 20___
CLERK: _____

You are hereby notified to appear before the Court (JUSTICE/MUNICIPAL) to answer the charge on the 08 day of Jul 20 24 at 01:00 at the
Court's Physical Address: 701 James Street Hattiesburg MS 39401
Court's Mailing Address: _____
Court's Telephone Number: _____

(This copy must be filed with the Court or Court Clerk)
CASE ___ PAGE ___ DOCKET ___

24T007080

NOTICE TO VIOLATOR



| Location: | S 22ND AVE | Make: | NISSAN |
| Date/Time: | 05/20/2024 3:05 pm | Plate Number: | 89BACI |
| Posted Speed: | 15 MPH | Vehicle Speed: | 30 MPH |
| Badge #: | P-36 | Approver: | JARVIS |

**THREE OPTIONS TO ADDRESS THIS CITATION:**

1. Complete a diversion program by paying a reduced fee of $230 and watching a short video online at **www.CourtPayOnline.com**. By completing the diversion program and paying the reduced fee, this ticket will not go on your driving record.
2. Contest this citation by visiting **www.CourtPayOnline.com** or calling **(855) 910-1558**.
3. Pay the citation in full. By doing so, this ticket will go on your driving record. You may instead choose the diversion program mentioned above.

The original of this ticket is an affidavit and the charge noted on the face of such is officially lodged with the court when the issuing officer files same with the court.

This ticket may be disposed of by mail or personal appearance on or before the appearance date as noted. However, you have a right to a trial if you so desire.

State statutes permit persons charged with an offense against traffic laws of this state in most cases, to deposit the driver's license with the arresting officer or court in lieu of any other security to ensure said person's appearance in court wherein such charges are filed. If you elect to deposit the license as provided, and if the block is checked indicating the drivers license is deposited, this ticket will serve as a valid driver's license, but in no case shall it be in force and effect for a period of more than thirty, (30) days from the date of the issuance of this ticket. Failure to appear or contact the court by the date specified will result in the suspension of the license deposited. Making application for a duplicate license during the period when the original license is posted for an appearance may result in an additional misdemeanor charge.

State law does permit persons charged with traffic violations, in most cases, to dispose of such charge by mail or personal appearance on or before the appearance date as noted on the ticket. If you pay your fine in advance it shall constitute a waiver of further charges, arraignment and trial or if you post cash bail bond and default on your appearance and the court so elects to forfeit the bond in payment of the judgement rendered, such action shall be tantamount to entry of a plea of nolo contendere by you on the charges made against you and the court may convict you of the offense stated on the ticket without further appearance by you. If you desire to dispose of this ticket by mail, contact the Municipal Court Clerk or the Justice Court Clerk noted on the front side, referring to the ticket's number, your name as it appears on the ticket address, etc., and inquire as to the amount of fine which may be assessed. Be sure to give your correct address and zip code so that you may be notified promptly of the fine required.

Exhibit "1"



**Hattiesburg Police Department**
701 James Street
Hattiesburg, MS 39401

## CITATION ENCLOSED

BARRY LEE COWART AIANA DELILA COWART
5361 SARATOGA AVE
MILTON, FL 32570

## NOTICE OF SPEED

Your vehicle was photographed speeding in a school zone by an on-scene Hattiesburg Police Department officer in violation of Hattiesburg ordinance 2721 & 1058.

Participation in the diversion program is deemed an admission of guilt and waiver of your right to appeal. Failure to deal with this citation may result in this being forwarded to a collections company, which could result in additional penalties.

### QUESTIONS?

If you have questions concerning this violation, view the FAQ online at **www.CourtPayOnline.com** or call **(855) 910-1558**.

### THREE OPTIONS TO ADDRESS THIS CITATION:

1. Complete a diversion program by paying a reduced fee of $230 and watching a short video online at **www.CourtPayOnline.com**. By completing the diversion program and paying the reduced fee, this ticket will not go on your driving record.
2. Contest this citation by visiting **www.CourtPayOnline.com** or calling **(855) 910-1558** to schedule your date to appear in court.
3. Pay the citation in full. By doing so, this ticket will go on your driving record. You may instead choose the diversion program mentioned above.

If you have questions about this citation, call **(855) 910-1558** or visit **www.CourtPayOnline.com**.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### SECURELY PAY OR VIEW ONLINE



| VIOLATION AMOUNT: | $ 230.00 | DUE DATE: | 06/27/2024 |
|---|---|---|---|
| CITATION #: | HAT25638 | ACCESS PIN#: | 412710 |

Pay your violation by credit card, e-Check or clip and mail check or money order made out to **IS-CITY OF HATTIESBURG** with bottom section:

**www.CourtPayOnline.com**

### SCAN & PAY



IS-CITY OF HATTIESBURG
PO BOX 1977
RIDGELAND, MS 39158