STATE OF MS
COUNTY OF Forrest

## AFFIDAVIT

Personally, came and appeared before me, the undersigned authority in and for the jurisdiction aforesaid, the within named, Crystal Dorn, who after being by me first duly sworn, on oath deposed and said the following:

1. I have personal knowledge of the facts set forth herein.

2. I am an adult resident citizen of Pearl River County, Mississippi, and I am otherwise competent to testify about the matters contained herein.

3. On, or about, October 1, 2024, a speeding citation bearing number 46403 was issued to me by an Officer with the Hattiesburg Police Department (badge number P-67) which was approved by another person named Walley, regarding a speeding violation by a black Ford F-150, license plate number PR2710. (A copy of the citation is attached hereto as Exhibit "1.")

4. This citation was sent to me via U.S. Mail, which I received in late October, 2024.

5. As I was not the driver of the vehicle cited for speeding on the day of the alleged speeding violation, and per the instructions on the citation I received in the mail, I contacted CourtPayOnline who then emailed me with a form, on Hattiesburg Police Department letterhead, to identify the responsible party. (A copy of the form is attached hereto as Exhibit "2.")

6. I informed the Help Desk, who sent me the form, that I was unable to provide this information as I did not know who was driving the vehicle at the time of the alleged violation. Between October 28, 2024 and October 31, 2024, an email conversation ensued regarding the citation, wherein I made it clear that I would be contesting the citation. (A true and correct copy of the email conversation is attached hereto as

Exhibit "D"

Exhibit "3.")

7. As can be seen in this email conversation, the representative at the Help Desk (help@courtpayonline.com) referred to the court date identified on the citation, November 25, 2024, as *"an arraignment, which will be the opportunity for you to choose from the previous options by speaking with a company representative."* See Exhibit "3."

8. I again informed the representative that I will be contesting the citation, who then informed me that they would turn my citation over to the Municipal Court of Hattiesburg. See Exhibit "3."

9. I do affirmatively state that the email conversation attached hereto as Exhibit "3" is a true and accurate representation of the email conversation between myself and the Help Desk for courtpayonline.com.

Further Affiant sayeth not.

This the 11th day of April, 2025

_____
Crystal Dorn

STATE OF MS
COUNTY OF Forrest

On this day, Crystal Dorn, came before me, stating on oath and under penalties of perjury that the facts in the foregoing Affidavit are true and correct. Sworn and subscribed before me, a Notary Public, on this the 11 day of April, 2025.

_____
NOTARY PUBLIC

My Commission Expires: 3/6/2029



access citation information

# STATE OF MISSISSIPPI - UNIFORM TRAFFIC TICKET

| COUNTY OF | AGENCY CODE | | |
|---|---|---|---|
| FORREST | 1801 | 000046403 | |

LOCATION OF VIOLATION:

| DAY | DATE | TIME 15:06 | ACCIDENT | DISTRICT | PRECINCT |
|---|---|---|---|---|---|
| TUE | 10/01/2024 | | ☐YES ☒NO | 12 | |

| DEFENDANT | FIRST NAME | MIDDLE NAME | LAST NAME |
|---|---|---|---|
| | CRYSTAL | | DORN |

LICENSE ADDRESS: 30 HUMMINGBIRD LN

| CITY | STATE | ZIP CODE |
|---|---|---|
| CARRIERE | MS | 39426 |

| VEHICLE LICENSE NUMBER | STATE | YEAR | MAKE | MODEL | TYPE |
|---|---|---|---|---|---|
| PR2710 | MS | | FORD | FORD F-150 | |



| Location: | S 22ND AVE | Make: | FORD |
|---|---|---|---|
| Date/Time: | 10/01/2024 3:06 pm | Plate Number: | PR2710 |
| Posted Speed: | 15 MPH | Vehicle Speed: | 32 MPH |
| Badge #: | F61 | Approver: | WALLEY |

Speed: 32   Zone: 15

**THREE OPTIONS TO ADDRESS THIS CITATION:**

1. Complete a diversion program by paying a reduced fee of $210 and watching a short video online at www.CourtPayOnline.com. By completing the diversion program and paying the reduced fee, this ticket will not go on your driving record.

2. Contest this citation by visiting www.CourtPayOnline.com or calling (855) 910-1558.

3. Pay the citation in full. By doing so, this ticket will go on your driving record. You may instead choose the diversion program mentioned above.

Court's Physical Address: 701 JAMES ST HATTIESBURG MS 39401

Exhibit "1"



101 James Street
Hattiesburg, MS 39401

## CITATION ENCLOSED

CRYSTAL DORN
30 HUMMINGBIRD LN
CARRIERE, MS 39426

### NOTICE

Your vehicle was photographed speeding in a school zone by an on-scene Hattiesburg Police Department officer in violation of Hattiesburg ordinance 2721 & 1058.

Participation in the diversion program is deemed an admission of guilt and waiver of your right to appeal. Inability to deal with this citation may result in this ticket forwarding to a collections company, which could result in collection activities.

### QUESTIONS?

If you have questions concerning this violation, view the FAQ online at **www.CourtPayOnline.com** or call **(855) 910-1558**.

### THREE OPTIONS TO ADDRESS THIS CITATION:

1. Complete a diversion program by paying a reduced fee of $230 and watching a short video online at **www.CourtPayOnline.com**. By completing the diversion program and paying the reduced fee, this ticket will not go on your driving record.
2. Contest this citation by visiting **www.CourtPayOnline.com** or calling **(855) 910-1558** to schedule your date to appear in court.
3. Pay the citation in full. By doing so, this ticket will go on your driving record. You may instead choose the diversion program mentioned above.

If you have questions about this citation, call **(855) 910-1558** or visit **www.CourtPayOnline.com**.

---

### SECURELY PAY OR VIEW ONLINE



| VIOLATION AMOUNT: $230.00 | DUE DATE: 11/03/2024 |
|---|---|
| CITATION #: (illegible) | ACCESS PIN#: (illegible) |

Pay your violation by credit card, e-Check or clip and mail check or money order made out to **IS-CITY OF HATTIESBURG** with bottom section:

**www.CourtPayOnline.com**

### SCAN & PAY



IS-CITY OF HATTIESBURG
PO BOX 1977
RIDGELAND, MS 39158



**HATTIESBURG POLICE DEPARTMENT**
701 James Street
Hattiesburg, MS 39401

**Exhibit "2"**

DORN, CRYSTAL
30 HUMMINGBIRD LN
CARRIERE, MS 39426

To Whom it May Concern:

Enclosed you will find the required information to change the active driver for motor vehicle citations issued. Please use this letter for the stated citation listed below.

**NOTICE INFORMATION:**
Citation number: HAT46403
Date/time of occurrence: 11-03-24 15:08
Plate number: PA2710
Plate state: MS

**RESPONSIBLE PARTY INFORMATION:** I can not answer this
Name:                                     section because I do not "know"
Date of birth:                            who was driving the vehicle at
Address:                                  that time.
                                          I can only swear to the
Phone number:                             provable fact that it was
D/L number:                               NOT me. Thank you +
                                                      Please
I swear that the above information is correct to the best of my   Remove my
knowledge.                                                name from
                                                          this
                                                          citation

*[signature: Crystal Dorn]*



C D <momof3cs.cd@gmail.com>

## ADA FORM

**Help Desk** <help@courtpayonline.com>  Thu, Oct 31, 2024 at 2:05 PM
To: C D <momof3cs.cd@gmail.com>

Noted. Your citation and contest have been turned over to the Municipal Court of Hattiesburg. Your information will be processed into their system and they will be in contact with you by sending a physical Letter of Summons to your address at 30 Hummingbird Lane Carriere, MS 39426.

Any and all future communications can be done through the Hattiesburg Municipal court after the date of 11/25/24.

> On Thu, Oct 31, 2024 at 1:42 PM C D <momof3cs.cd@gmail.com> wrote:
> i have already made it abundantly clear that i choose to proceed with contesting this "citation" & will ONLY be physically present to speak directly before an actual judge-in actual court. i will not entertain this 3rd party representation nonsense any further.
> when & if i receive an official summons from an official court- i will be there-until then, ya'll can kick rocks.
>
>
> Sent from my iPhone
>
>> On Oct 31, 2024, at 9:25 AM, Help Desk <help@courtpayonline.com> wrote:
>>
>>
>> Ma'am,
>>
>> We work directly with the Hattiesburg PD and the Hattiesburg Municipal Court. If you would like to contest your ticket, then you may do so through this email and we will turn over your information to the Municipal Court so that they can issue you a Letter of Summons. Your citation already has a Court Date of 11/25/24 for an arraignment, which will be the opportunity for you to choose from the previous options by speaking with a company representative. To forgo this, please reply back to this email that you would "Like to contest" and we will have your information turned over to the court for processing, and you will not have to take time out of your day on the 25th to appear in person. By choosing this option over email it will expedite the process.
>>
>> If you do not reply to this citation, then whatever action the city decides to take on this matter will be due to your inaction.
>>
>>> On Wed, Oct 30, 2024 at 11:30 AM C D <momof3cs.cd@gmail.com> wrote:
>>> I will not attend any "hearing" with any 3rd party representative-so unless the hearing listed on this "citation" is before an actual official MS Judge in a real court of Law/real hearing—you won't see me there.
>>> i phoned HPD earlier & a representative informed me it was with a 3rd party rep not a judge—i will not waste gas or time to contest this nonsense in person with someone who has zero legal authority over me. ZERO-because REAL tickets--have actual summons to appear under REAL JUDGES with real bench warrants/actual court if one does not pay or appear in REAL court—this racket here-is a civil matter now as far as I am concerned.
>>> So, file with "collections" & good luck with that-i haven't entered into ANY contractual agreement with your company or used your services or committed an offense!
>>> I will dispute it and file a complaint with the FTC in addition to the complaint i already filed with the MS SOS & other agencies.
>>> I repeat--i have NOT committed a crime or any offense.
>>> The burden of proof is on your 3rd party organization 🙄 to determine who was driving a vehicle i own- i assure you i CAN prove in an "actual court" of law that I was NOT me driving.
>>> I will swear under oath in ACTUAL COURT that i do not know who was!
>>> So, notify me when we will have "actual court"-im ready any day of the week & will be there early.
>>> i'm not paying one penny to this scam ya'll operating unless i appear before a REAL JUDGE in the State of MS-if you should find that is something we can do-please mail me an actual summons from the state of MS-until then-enjoy taking advantage of the people falling for this scam—but I—am NOT the one.

Exhibit "3"

Take me to real court & we can talk publicly on the record.

Have a fabulous day!
Crystal Dorn-Ephesians 6:11-14

Sent from my iPhone

> On Oct 28, 2024, at 4:47 PM, Help Desk <help@courtpayonline.com> wrote:
>
> The option you have chosen is contestation, Ma'am. Please call into our Help Desk (855) 910-1558 so that an associate can explain the process to you and assist with the contest for your citation.
>
>> On Mon, Oct 28, 2024 at 4:39 PM C D <momof3cs.cd@gmail.com> wrote:
>> i suppose i will see ya'll in court then.
>>
>> Sent from my iPhone
>>
>>> On Oct 28, 2024, at 4:37 PM, Help Desk <help@courtpayonline.com> wrote:
>>>
>>> Mrs. Dorn,
>>>
>>> We cannot process this paperwork as there is no information provided that will allow us to reassign this citation. Without anything provided, this citation will remain in your name. You may either pay or contest your citation. Please email us back to proceed with either option, or call our Help Desk (855) 910-1558 to have an associate assist you with this matter.
>>>
>>> Thank you,
>>> -Blake
>>>
>>> On Mon, Oct 28, 2024 at 1:01 PM C D <momof3cs.cd@gmail.com> wrote:
>>>> <image0.jpeg>
>>>>
>>>> Sent from my iPhone
>>>>
>>>>> On Oct 28, 2024, at 8:28 AM, Help Desk <help@courtpayonline.com> wrote:
>>>>>
>>>>> Please complete and return.
>>>>> Thanks,
>>>>> Help
>>>>>
>>>>> <Hattiesburg-Active Driver Affidavit.docx>